**Fill in this information to identify the case:**

Debtor name **Life of Purpose-Pennsylvania, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)   **19-12495(MDC)**

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*............................................................................   $         0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................   $     3,495,206.10

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*...........................................................................   $     3,495,206.10

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $    27,054,427.79

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................   $     169,653.19

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................   +$    2,066,135.38

4. **Total liabilities** ......................................................................................
   Lines 2 + 3a + 3b

   $    29,290,216.36

**Fill in this information to identify the case:**

Debtor name    **Life of Purpose-Pennsylvania, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (If known)    **19-12495(MDC)**

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**      **Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.
**All cash or cash equivalents owned or controlled by the debtor**

Current value of
debtor's interest

3.      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)         Type of account        Last 4 digits of account
                                                                               number

| | | | | |
|---|---|---|---|---|
| 3.1. | **PNC Bank** | **Checking - Operating** | 5234 | $17,442.64 |
| 3.2. | **PNC Bank** | **Checking - Housing** | 2625 | $1,590.74 |
| 3.3. | **PNC Bank** | **Money Market** | 3422 | $0.00 |
| 3.4. | **PNC Bank** | **Checking - Patient Money** | 2617 | $479.70 |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**
        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $19,513.08

**Part 2:**      **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Life of Purpose-Pennsylvania, LLC** | Case number *(If known)* **19-12495(MDC)** |
|---|---|---|
| | Name | |

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

   8.1.  **See "Schedule AB 8" attached hereto.**                                             $85,072.76

9. **Total of Part 2.**
   Add lines 7 through 8. Copy the total to line 81.                              $85,072.76

**Part 3:**   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

    11a. 90 days old or less:          5,470.00       -                    0.00  = ....        $5,470.00
                                  face amount              doubtful or uncollectible accounts

    11b. Over 90 days old:        3,346,043.26      -                    0.00  =....       $3,346,043.26
                                  face amount              doubtful or uncollectible accounts

12. **Total of Part 3.**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.       $3,351,513.26

**Part 4:**   Investments

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** | | | | |
| 22.  **Other inventory or supplies** **Narcotics in safe under DEA license and various medial supplies** | | $0.00 | | Unknown |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

| Debtor | **Life of Purpose-Pennsylvania, LLC** | Case number *(If known)* **19-12495(MDC)** |
|---|---|---|
| | Name | |

**23.** **Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

$0.00

**24.** **Is any of the property listed in Part 5 perishable?**

■ No

☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No

☐ Yes. Book value _____  Valuation method _____  Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** **Miscellaneous Office Furniture located at 1035 Virginia Avenue, Suite 130, Fort Washington, PA and 225 E. City Avenue, Suite15, Bala Cynwyd, PA** | $0.00 | | Unknown |
| Miscellaneous Office Furniture and Fixtures | $88,104.70 | | Unknown |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** **Miscellaneous Office Equipment** | $72,876.89 | | Unknown |
| **42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43.** **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$0.00

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No

☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 3

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Life of Purpose-Pennsylvania, LLC** | Case number *(If known)* **19-12495(MDC)** |
|---|---|---|
| | Name | |

■ No
☐ Yes

**Part 8:**    Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   2013 Chevrolet Suburban | $20,581.46 | Kelley Blue Book | $18,767.00 |
| 47.2.   2015 Ford Escape | $14,275.92 | Kelley Blue Book | $10,749.00 |
| 47.3.   Ford Escape | $13,059.35 | Kelley Blue Book | $9,591.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
       floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm
       machinery and equipment)**

51.    **Total of Part 8.**
       Add lines 47 through 50.  Copy the total to line 87.

| | $39,107.00 |
|---|---|

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 9:**    Real property

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

60.    **Patents, copyrights, trademarks, and trade secrets**

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 4

| Debtor | **Life of Purpose-Pennsylvania, LLC** | | Case number *(If known)* **19-12495(MDC)** |
| --- | --- | --- | --- |
| | Name | | |

| 61. | Internet domain names and websites | | | |
| --- | --- | --- | --- | --- |
| | **www.loptreatment.com** | | $0.00 | **Unknown** |

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**
   Add lines 60 through 65. Copy the total to line 89.

|  |
| --- |
| $0.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
   ■ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Life of Purpose-Pennsylvania, LLC** | Case number *(If known)* | **19-12495(MDC)** |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $19,513.08 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $85,072.76 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $3,351,513.26 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $39,107.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.................................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,495,206.10 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,495,206.10 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

**"SCHEDULE AB 8"**
**Prepayments**

**Liberation Way**

**Transaction Report**

**January 1, 2018 - April 17, 2019**

Prepaid Expenses

| Date | Transaction Type | Num | Adj | Name | Memo/Description | Account | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

**Fill in this information to identify the case:**

Debtor name  **Life of Purpose-Pennsylvania, LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)  **19-12495(MDC)**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|
| **2.1** **Oxford Finance LLC**<br>Creditor's Name<br>**Attn: Joseph Somerset,<br>Managing Director<br>133 North Fairfax Street<br>Alexandria, VA 22314**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Substantially All of the Assets** | **$27,054,427.79** | **Unknown** |

Describe the lien

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     **$27,054,427.79**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name __**Life of Purpose-Pennsylvania, LLC**__

United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)   __**19-12495(MDC)**__

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,094.40** | **$1,094.40** |
| | **Acquaviva, Tiffani Lyn** | *Check all that apply.* | | |
| | **101 Appletree Drive** | ☐ Contingent | | |
| | **Levittown, PA 19055** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No | | |
| | | ☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,384.62** | **$1,384.62** |
| | **Albright, Ashley Gail** | *Check all that apply.* | | |
| | **2608 Adams Court, 16a3** | ☐ Contingent | | |
| | **North Wales, PA 19454** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No | | |
| | | ☐ Yes | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                     31106

| Debtor | Life of Purpose-Pennsylvania, LLC | Case number (if known) | 19-12495(MDC) |
|---|---|---|---|
| | Name | | |

---

**2.3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,076.93 | $2,076.93 |
|---|---|---|---|

**Ballester, James R.**
**160 Greenhill Road**
**King of Prussia, PA 19406**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,400.00 | $12,850.00 |
|---|---|---|---|

**Blatt Geisler, Tracy Elisa**
**504 Deerfield Court**
**Blue Bell, PA 19422**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,944.00 | $1,944.00 |
|---|---|---|---|

**Campbell, Jermaine**
**4626 Worth Street**
**Philadelphia, PA 19124**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $95.18 | $0.00 |
|---|---|---|---|

**City of Philadelphia Dept. of**
**Revenue**
**P.O. Box 1630**
**Philadelphia, PA 19105-1630**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

Debtor   **Life of Purpose-Pennsylvania, LLC**                    Case number (if known)   **19-12495(MDC)**
_____Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,211.04 | $1,211.04 |

**Clifton, James Richard**
**3320 Fordham Road**
**Philadelphia, PA 19114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,188.00 | $1,188.00 |

**Davis, Brittany**
**1338 N. 76th Street**
**Philadelphia, PA 19151**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,280.77 | $1,280.77 |

**Davis, Brooke**
**22 S. Tamenend Avenue**
**New Britain, PA 18901**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,029.60 | $1,029.60 |

**Deloatch, Lisa**
**52 East Vassar Road**
**Audubon, NJ 08106**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Life of Purpose-Pennsylvania, LLC | Case number (if known) | 19-12495(MDC) |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,423.07 | $2,423.07 |
|---|---|---|---|---|

**DeRose-King, Camille**
**991 Fairfax Road**
**Drexel Hill, PA 19026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,980.77 | $3,980.77 |
|---|---|---|---|---|

**Ferris, Heather A.**
**723 Lake Wellington Drive**
**Wellington, FL 33414**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,153.85 | $4,153.85 |
|---|---|---|---|---|

**Gamer, Christopher Robert**
**3400 Gialda Circle East, Apt. 208**
**Palm Beach Gardens, FL 33410**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,557.69 | $1,557.69 |
|---|---|---|---|---|

**Gazzara, Jacqueline**
**63 Delia Drive**
**Broomall, PA 19008**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Life of Purpose-Pennsylvania, LLC** | | Case number (if known) | **19-12495(MDC)** |
|---|---|---|---|---|
| | Name | | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $972.00 | $972.00 |
|---|---|---|---|---|

**2.15**   Priority creditor's name and mailing address
**Gordon, Anthony Pasqual**
**3012 N. 26th Street**
**Philadelphia, PA 19132**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$972.00    $972.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.16**   Priority creditor's name and mailing address
**Greczyn, Alyson Marie**
**3855 Blair Mill Road, Apt. 235J**
**Horsham, PA 19044**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,007.69    $2,007.69

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.17**   Priority creditor's name and mailing address
**Harris, Akiva Shanae**
**1646 Franklin Avenue**
**Willow Grove, PA 19090**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,250.00    $2,250.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.18**   Priority creditor's name and mailing address
**Hooks, Nicole Rache**
**295 North Keswick Avenue, Apt. B**
**Glenside, PA 19038**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,769.23    $2,769.23

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Life of Purpose-Pennsylvania, LLC** | Case number (if known) | **19-12495(MDC)** |
| --- | --- | --- | --- |
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,457.23 | $2,457.23 |
| --- | --- | --- | --- | --- |

**2.19**

Priority creditor's name and mailing address
**Horwitz, Emily N.**
**2703 East Ann Street**
**Philadelphia, PA 19134**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,457.23    $2,457.23

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.20**

Priority creditor's name and mailing address
**Kassar, Bethany Michelle**
**11 Villa Drive**
**Ambler, PA 19002**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,500.00    $4,500.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.21**

Priority creditor's name and mailing address
**Keenan, Amanda**
**145 Central Avenue**
**Souderton, PA 18964**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,596.15    $2,596.15

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.22**

Priority creditor's name and mailing address
**Kenney, Melissa L.**
**1321 Maple Avenue**
**Roebling, NJ 08554**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,471.15    $1,471.15

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Life of Purpose-Pennsylvania, LLC | | Case number (if known) | 19-12495(MDC) |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,384.62 | $1,384.62 |
| --- | --- | --- | --- | --- |

**Lakin, Maxwell Louis**
**1970 Veterans Highway, Apt. C35**
**Levittown, PA 19056**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,153.85 | $4,153.85 |
| --- | --- | --- | --- | --- |

**Lerman, Rebecca**
**625 Society Hill Blvd.**
**Cherry Hill, NJ 08003**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,008.00 | $1,008.00 |
| --- | --- | --- | --- | --- |

**Mack, Selina**
**1116 Lindley Avenue**
**Philadelphia, PA 19141**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,769.23 | $2,769.23 |
| --- | --- | --- | --- | --- |

**Madden, Tiffany M.**
**22 Heather Road**
**Turnersville, NJ 08012**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | Life of Purpose-Pennsylvania, LLC | Case number (if known) | 19-12495(MDC) |
|--------|-----------------------------------|------------------------|---------------|
| | Name | | |

---

**2.27** | Priority creditor's name and mailing address
**Mason, Taraez**
**5932 Tackawanna Street**
**Philadelphia, PA 19135**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

$1,072.80          $1,072.80

---

**2.28** | Priority creditor's name and mailing address
**Medendorp, Kellie Hope**
**445 South Avenue**
**Holmes, PA 19043**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

$1,800.00          $1,800.00

---

**2.29** | Priority creditor's name and mailing address
**Milligan, William E.**
**98 Brass Castle Road**
**Washington, NJ 07882**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

$1,332.72          $1,332.72

---

**2.30** | Priority creditor's name and mailing address
**Mullins, Katlynne M.**
**2 Good Lane**
**Levittown, PA 19055**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

$972.00          $972.00

---

| Debtor | Life of Purpose-Pennsylvania, LLC | Case number (if known) | 19-12495(MDC) |
|---|---|---|---|
| | Name | | |

---

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,800.00 | $1,800.00 |
|---|---|---|---|---|

**Nicoll, Sara B.**
**144 East 9th Avenue**
**Pine Hill, NJ 08021**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,904.62 | $3,904.62 |
|---|---|---|---|---|

**Orlando, Mary**
**1318 Girard Avenue**
**Wyomissing, PA 19610**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $177.59 | $0.00 |
|---|---|---|---|---|

**PA Department of Revenue**
**Bureau of Business Trust Fund**
**Taxes**
**P.O. Box 280904**
**Harrisburg, PA 17128-0904**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,648.00 | $0.00 |
|---|---|---|---|---|

**Patricia A. Gallagher, Tax Collector**
**Montgomery Township**
**P.O. Box 690**
**Montgomeryville, PA 18936**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | Life of Purpose-Pennsylvania, LLC | Case number (if known) | 19-12495(MDC) |
|---|---|---|---|
| | Name | | |

---

**2.35**

Priority creditor's name and mailing address

**Paul, Charles Y.**
**172 Sunny Brook Road**
**Limerick, PA 19468**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,076.93        $2,076.93

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.36**

Priority creditor's name and mailing address

**Poalise, Jayme**
**4601 Flat Rock Road, Unit 35**
**Philadelphia, PA 19127**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,153.85        $4,153.85

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.37**

Priority creditor's name and mailing address

**Poole, Susan**
**926 Lakeview Drive**
**Green Lane, PA 18054**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,160.00        $2,160.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.38**

Priority creditor's name and mailing address

**Potter, Michael N.**
**17 King Arthur Drive**
**Medford, NJ 08055**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,980.77        $3,980.77

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Life of Purpose-Pennsylvania, LLC** | | Case number (if known) | **19-12495(MDC)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,283.75 | $2,283.75 |

**Proffitt, Rebecca C.**
**2 Kennedy Drive**
**Turnersville, NJ 08012**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $936.00 | $936.00 |

**Quinn, Christoper Dion**
**5028 Tacoma Street**
**Philadelphia, PA 19144**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,224.00 | $1,224.00 |

**Rofe, Jonathan M.**
**100 Fairfax Road**
**Fairless Hills, PA 19030**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,711.54 | $12,850.00 |

**Rothermel, Andrew Janssen**
**1402 Dakota Drive**
**Jupiter, FL 33458**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Life of Purpose-Pennsylvania, LLC** | Case number (if known) | **19-12495(MDC)** |
|---|---|---|---|
| | Name | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,942.31 | $2,942.31 |
|---|---|---|---|---|

**Rue, Elizabeth Ann**
130 Sumac Street, Apt. 2F
Philadelphia, PA 19128

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,188.00 | $1,188.00 |

**Russell, Andrew J.**
2586 Jean Drive
Hatfield, PA 19440

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,008.00 | $1,008.00 |

**Russell, Robert Leroy**
307 Abbey Lane
Lansdale, PA 19446

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,944.00 | $1,944.00 |

**Rutledge, Tiara**
1301 Kummerer Road
Pottstown, PA 19464

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Life of Purpose-Pennsylvania, LLC | Case number (if known) | 19-12495(MDC) |
|--------|-----------------------------------|------------------------|---------------|
|        | Name                              |                        |               |

---

**2.47** | Priority creditor's name and mailing address

**Sellers, Robert**
**640 Wyckford**
**Sellersville, PA 18960**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,188.00    $1,188.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.48** | Priority creditor's name and mailing address

**Shelp, Evan M.**
**503 Christian Street, Apt. 3**
**Philadelphia, PA 19147**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,152.00    $1,152.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.49** | Priority creditor's name and mailing address

**Shields, Duane L.**
**4802 East Alcott Street**
**Philadelphia, PA 19135**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,250.00    $2,250.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.50** | Priority creditor's name and mailing address

**Simpson, Brian James**
**2608 Adams Court**
**North Wales, PA 19454**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,488.46    $1,488.46

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Life of Purpose-Pennsylvania, LLC | | Case number (if known) | 19-12495(MDC) |
|---|---|---|---|---|
| | Name | | | |

---

**2.51** | Priority creditor's name and mailing address
**Sims, Rasheem Lateef**
**235 North Hills Avenue**
**Glenside, PA 19038**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,008.00    $1,008.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.52** | Priority creditor's name and mailing address
**Spencer, Victoria Lynn**
**428 Fir Street**
**Warminster, PA 18974**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,008.00    $1,008.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.53** | Priority creditor's name and mailing address
**Stern, Mallory Faye**
**92 Williams Feather Drive, Unit 8**
**Voorhees, NJ 08043**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,869.23    $1,869.23

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.54** | Priority creditor's name and mailing address
**Swint, Curran J.**
**8233 Fayette Street**
**Philadelphia, PA 19150**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,280.77    $1,280.77

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Life of Purpose-Pennsylvania, LLC | Case number (if known) | 19-12495(MDC) |
|---|---|---|---|
| | Name | | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,423.07 | $2,423.07 |
|---|---|---|---|---|

**Terry, Drew R.**
**5 Double Woods Road**
**Sicklerville, NJ 08081**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,080.00 | $1,080.00 |
|---|---|---|---|---|

**Thompson, Richard**
**58 Maple Avenue**
**Trenton, NJ 08618**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,008.00 | $1,008.00 |
|---|---|---|---|---|

**Thorpe, Jermaine**
**25 Fairway Court**
**Lawrenceville, NJ 08648**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,153.85 | $4,153.85 |
|---|---|---|---|---|

**Trauger, Paul Randy**
**P.O. Box 183**
**Green Lane, PA 18054**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Life of Purpose-Pennsylvania, LLC** | | Case number (if known) | **19-12495(MDC)** |
|---|---|---|---|---|
| | Name | | | |

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,008.00 | $1,008.00 |
|---|---|---|---|---|

**Vitolo, Paul**
**955 Easton Road, Apt. A2**
**Warrington, PA 18976**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $10,800.00 | $10,800.00 |
|---|---|---|---|---|

**Wenger, Robert E.**
**811 Alene Road**
**Ambler, PA 19002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $3,115.38 | $3,115.38 |
|---|---|---|---|---|

**White, Antoinette Marie**
**409 Harrison Avenue**
**Glenside, PA 19038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $6,188.49 | $0.00 |
|---|---|---|---|---|

**Whitemarsh Township**
**616 Germantown Pike**
**Lafayette Hill, PA 19444**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Life of Purpose-Pennsylvania, LLC** | Case number (if known) | **19-12495(MDC)** |
|---|---|---|---|
| | Name | | |

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $155.99 | $0.00 |

**Whitemarsh Township Authority**
**462 Germantown Pike, Suite 1**
**P.O. Box 447**
**Lafayette Hill, PA 19444**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,401.77 |

**225 City Ave Associates**
**225 City Avenue**
**Bala Cynwyd, PA 19004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,000.00 |

**4 Erial Road, LLC**
**12 Penns Trail, Suite 103**
**Newtown, PA 18940**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,810.00 |

**Adworthy, Inc.**
**2080 Cabot Blvd. West, Suite 205**
**Langhorne, PA 19047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,025.00 |

**All Seasons Landscaping Co., Inc.**
**3915 Market Street**
**Aston, PA 19014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $48,463.39 |

**Anchor Diagnostics**
**150 NW 168th Street**
**North Miami Beach, FL 33169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Life of Purpose-Pennsylvania, LLC | Case number (if known) | 19-12495(MDC) |
|---|---|---|---|
| | Name | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,648.07 |
|---|---|---|---|

**Associated Imaging Solutions**
130 Almshouse Road, Suite 209
Richboro, PA 18954

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $545.41 |
|---|---|---|---|

**Atlantic Diagnostic Labs**
3520 Progress Drive, Suite C
Bensalem, PA 19020

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,357.53 |
|---|---|---|---|

**B&G Real Estate Associates**
Novus Capital, LLC
P.O. Box 1012
Voorhees, NJ 08043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,016.86 |
|---|---|---|---|

**Ballard Spahr**
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,650.00 |
|---|---|---|---|

**Bootcamp Designer - Christine Case**
11 Oak View Drive
Cranston, RI 02921

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $984.92 |
|---|---|---|---|

**Bucks County Hot Tubs**
3679 Old Easton Road
Doylestown, PA 18902

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,537.50 |
|---|---|---|---|

**Cedrone & Mancano, LLC**
123 South Broad Street, Suite 810
Philadelphia, PA 19109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Life of Purpose-Pennsylvania, LLC | | Case number (if known) | 19-12495(MDC) |
|---|---|---|---|---|
| | Name | | | |

**3.13** Nonpriority creditor's name and mailing address
Cintas
LOC 061 P.O. B ox 630803
Cincinnati, OH 45263-0803

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,941.70

---

**3.14** Nonpriority creditor's name and mailing address
Comcast - 8499100025391631
P.O. Box 3001
Southeastern, PA 19398-3001

Date(s) debt was incurred _

Last 4 digits of account number _`

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$263.10

---

**3.15** Nonpriority creditor's name and mailing address
Comcast - 8499102470074175
P.O. Box 3005
Southeastern, PA 19398-3005

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$523.61

---

**3.16** Nonpriority creditor's name and mailing address
Comcast - 8499102470075057
P.O. Box 3001
Southeastern, PA 19398-3001

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$908.76

---

**3.17** Nonpriority creditor's name and mailing address
Cooper Pest Solutions, Inc.
2495 Brunswick Pike, Suite 10
Lawrenceville, NJ 08648-4099

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$449.65

---

**3.18** Nonpriority creditor's name and mailing address
Cozi TV Philadelphia
ECAU - P.O. Box 419306
Boston, MA 02241-9306

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,436.50

---

**3.19** Nonpriority creditor's name and mailing address
DLA Piper LLP
P.O. Box 75190
Baltimore, MD 21275

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$382,828.60

---

Debtor  **Life of Purpose-Pennsylvania, LLC**
Name                                                    Case number (if known)  **19-12495(MDC)**

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,900.00 |
|---|---|---|---|

**Domenick Braccia**
**1630 White Oak Road**
**Perkasie, PA 18944**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $323,941.17 |
|---|---|---|---|

**Duane Morris LLP**
**30 South 17th Street**
**Attn:  Payment Processing**
**Philadelphia, PA 19103-4196**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**EAP Consultants - ESPYR**
**1850 Parkway Place, Suite 700**
**Marietta, GA 30067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,650.00 |
|---|---|---|---|

**Fairlie & Lippy, P.C.**
**1501 Lower State Road, Suite 304**
**North Wales, PA 19454**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

**Flyers Charities**
**3601 South Broad Street**
**Philadelphia, PA 19148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,500.00 |
|---|---|---|---|

**Franklin Residential**
**124 S. 22nd Street, Unit 1F**
**Philadelphia, PA 10103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,251.53 |
|---|---|---|---|

**Fulcrum Equity Partners, Inc.**
**5555 Glenridge Connector, Suite 930**
**Atlanta, GA 30342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Life of Purpose-Pennsylvania, LLC | Case number (if known) | 19-12495(MDC) |
|---|---|---|---|
| | Name | | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,750.00 |
|---|---|---|---|

**Harris Goode**
**118 Norwalk Road, Unit 16**
**Runnemede, NJ 08078**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,000.00 |
|---|---|---|---|

**Healthy Body Network, LLC**
**1571 Cambridge Pl.**
**Marietta, GA 30062**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,609.75 |
|---|---|---|---|

**Helm**
**400 Davis Drive, Suite 100**
**Plymouth Meeting, PA 19462**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,135.00 |
|---|---|---|---|

**Hogan Lovells US LLP**
**555 13th Street NW**
**Washington, DC 20004**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,400.00 |
|---|---|---|---|

**Hopkins' Cleaning Medics**
**295 N. Keswick Ave., Apt. B**
**Glenside, PA 19038**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $550.00 |
|---|---|---|---|

**HydroGraphics Aquarium**
**838 Central Avenue**
**Glenside, PA 19038**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $124.00 |
|---|---|---|---|

**Inc Now - Agents and Corporations**
**P.O. Box 511**
**Wilmington, DE 19899-0511**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Life of Purpose-Pennsylvania, LLC | Case number (if known) | 19-12495(MDC) |
|---|---|---|---|
| | Name | | |

**3.34** | Nonpriority creditor's name and mailing address
**Independence BC/BS**
Lockbox #3092
P.O. Box 8500
Philadelphia, PA 19178-3092

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$35,916.34

---

**3.35** | Nonpriority creditor's name and mailing address
**Integrity Billing**
1630 S. Congress Avenue, Suite 102
Palm Springs, FL 33414

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$13,231.58

---

**3.36** | Nonpriority creditor's name and mailing address
**Interstate Outdoor**
Attn:  Accounts Receivable
905 North Kings Highway
Cherry Hill, NJ 08034-1519

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$6,000.00

---

**3.37** | Nonpriority creditor's name and mailing address
**Iron Mountain**
P.O. Box 27128
New York, NY 10087-7128

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,907.63

---

**3.38** | Nonpriority creditor's name and mailing address
**IT Service ArchiTechs, LLC**
80 Maple Ave., Floor 1
Media, PA 19063

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$16,179.75

---

**3.39** | Nonpriority creditor's name and mailing address
**J&R Associates**
1711 Bethlehem Pike
Hatfield, PA 19440

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$8,400.00

---

**3.40** | Nonpriority creditor's name and mailing address
**K-9 Gunner Tactical, LLC**
201 Lows Hollow Road
Stewartsville, NJ 08886

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,750.00

---

| Debtor | Life of Purpose-Pennsylvania, LLC | Case number (if known) | 19-12495(MDC) |
|---|---|---|---|
| | Name | | |

---

**3.41**

**Nonpriority creditor's name and mailing address**
**Kipu Systems**
**55 Alhambra Plaza, Suite 600**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$2,090.00

---

**3.42**

**Nonpriority creditor's name and mailing address**
**Korn Ferry International NW 5064**
**P.O. Box 1450**
**Minneapolis, MN 55485-5064**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$119,048.00

---

**3.43**

**Nonpriority creditor's name and mailing address**
**Law Offices of Howard Bruce Klein PC**
**1700 Market Street, Suite 3025**
**Philadelphia, PA 19103**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$18,140.00

---

**3.44**

**Nonpriority creditor's name and mailing address**
**Law Offices of Steven M. Janove LLC**
**1415 Route 70 East, Suite 306**
**Cherry Hill, NJ 08034-2210**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$9,965.00

---

**3.45**

**Nonpriority creditor's name and mailing address**
**LDiscovery, LLC**
**8201 Greensboro Drive, Suite 300**
**McLean, VA 22102**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$72,132.96

---

**3.46**

**Nonpriority creditor's name and mailing address**
**Mainline Drug Testing Services LLC**
**P.O. Box 98143**
**Pittsburgh, PA 15227**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$882.00

---

**3.47**

**Nonpriority creditor's name and mailing address**
**Marcum LLP**
**1600 Market Street, 32nd Floor**
**Philadelphia, PA 19103**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$15,450.00

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Life of Purpose-Pennsylvania, LLC**
_____
  Name                                                                  Case number (if known)    **19-12495(MDC)**

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,456.50 |

**Masano Bradley, LLP**
**1100 Berkshire Blvd., Suite 201**
**Wyomissing, PA 19610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $707.44 |

**McKesson Medical Surgical**
**Minnesota Supply Inc.**
**P.O. Box 204786**
**Dallas, TX 75320-4786**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**Media Borough Police Department**
**301 N. Jackson Street**
**P.O. Box 226**
**Media, PA 19063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $183.40 |

**MPMP**
**1725 Limekiln Pike**
**Dresher, PA 19025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,695.00 |

**NBC 10 - WCAU**
**P.O. Box 419306**
**Boston, MA 02241-9306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,697.83 |

**Northeast Revenue Service, LLC**
**P.O. Box 388**
**Conshohocken, PA 19428-0388**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |

**Outdoor Partnership, LLC**
**79 Boxwood Road**
**Churchville, PA 18966**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Life of Purpose-Pennsylvania, LLC**
Name

Case number (if known)   **19-12495(MDC)**

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18.75 |
|---|---|---|---|
| | PECO<br>P.O. Box 37629<br>Philadelphia, PA 19101-0629 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,986.00 |
|---|---|---|---|
| | Post & Schell P.C.<br>Four Penn Center, 13th Floor<br>1600 JFK Blvd.<br>Philadelphia, PA 19103 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,840.00 |
|---|---|---|---|
| | PR Newswire<br>G.P.O. Box 5897<br>New York, NY 10087-5897 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|
| | Rachel Welch - Mediation Coach<br>120 South York Road, Apt. 6<br>Hatboro, PA 19040 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $175.00 |
|---|---|---|---|
| | Registered Agent Solutions Inc.<br>1701 Directors Blvd, Suite 300<br>Austin, TX 78744 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,219.00 |
|---|---|---|---|
| | Sabastino Nini, Inc.<br>24 South Main Street, 2nd Floor<br>Allentown, NJ 08501 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $179.81 |
|---|---|---|---|
| | SalesForce.com<br>P.O. Box 20314<br>Dallas, TX 75320-3141 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | Life of Purpose-Pennsylvania, LLC | Case number (if known) | 19-12495(MDC) |
|---|---|---|---|
| | Name | | |

**3.62**

Nonpriority creditor's name and mailing address

**Sharps Compliance, Inc.**
**P.O. Box 679502**
**Dallas, TX 75267-9502**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$65.00

---

**3.63**

Nonpriority creditor's name and mailing address

**Shop Rite**
**700 Delsea Drive**
**Westville, NJ 08093**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$17,741.75

---

**3.64**

Nonpriority creditor's name and mailing address

**Solutions Based Plumbing**
**2405 New Falls Rd.**
**Levittown, PA 19056**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$8,000.00

---

**3.65**

Nonpriority creditor's name and mailing address

**Strategic Business Communications**
**Accounts Receivable**
**1979 Marcus Avenue, Suite 210**
**Lake Success, NY 11042-1022**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$3,495.00

---

**3.66**

Nonpriority creditor's name and mailing address

**Strategy12 Consulting Inc.**
**1318 Girard Avenue**
**Wyomissing, PA 19610**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$7,500.00

---

**3.67**

Nonpriority creditor's name and mailing address

**Stratix Systems Inc.**
**1011 North Park Road**
**Wyomissing, PA 19610**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$58.30

---

**3.68**

Nonpriority creditor's name and mailing address

**Suburban Life Magazine, LLC**
**110 Centre Blvd.**
**Marlton, NJ 08053**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$4,000.00

---

| Debtor | Life of Purpose-Pennsylvania, LLC | Case number (if known) | 19-12495(MDC) |
|---|---|---|---|
| | Name | | |

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,957.75 |

**The Anderson Group**
879 Fritztown Road
Sinking Spring, PA 19608

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $750.00 |

**The Hartford**
P.O. Box 660916
Dallas, TX 75266-0916

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38,055.00 |

**Tian Realty Web**
2115 Ferncroft Lane
Chester Springs, PA 19425

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,500.00 |

**Treatment Center Help Inc.**
153 Roseberry Street
Philadelphia, PA 19148

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29.64 |

**Vector Security - 866386**
P.O. Box 89462
Cleveland, OH 44101-6462

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $49.95 |

**Vector Security - 866412**
P.O. Box 89462
Cleveland, OH 44101-6462

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $553.78 |

**Verizon - 442109972-00001**
P.O. Box 25505
Lehigh Valley, PA 18002-5505

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Life of Purpose-Pennsylvania, LLC | Case number (if known) | 19-12495(MDC) |
| --- | --- | --- | --- |
| | Name | | |

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $297.05 |
| --- | --- | --- | --- |

**3.76**

**Nonpriority creditor's name and mailing address**

**Verizon - 442109972-00003**
**P.O. Box 25505**
**Lehigh Valley, PA 18002-5505**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

$297.05

---

**3.77**

**Nonpriority creditor's name and mailing address**

**VoxNet, LLC**
**P.O. Box 37814**
**Baltimore, MD 21297-7814**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

$1,957.16

---

**3.78**

**Nonpriority creditor's name and mailing address**

**Welsh & Recker**
**2000 Market Street, Suite 2903**
**Philadelphia, PA 19103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$102,382.33

---

**3.79**

**Nonpriority creditor's name and mailing address**

**Windham Brannon**
**3630 Peachtree Road NE**
**Atlanta, GA 30326**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$319,595.98

---

**3.80**

**Nonpriority creditor's name and mailing address**

**Worthy Insurance Group**
**8140 N. McCormick Blvd., Suite 141**
**Skokie, IL 60076**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

$965.88

---

**3.81**

**Nonpriority creditor's name and mailing address**

**WPTV**
**P.O. Box 864910**
**Orlando, FL 32886-4910**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

$10,800.00

---

**3.82**

**Nonpriority creditor's name and mailing address**

**WPTVMETV**
**P.O. Box 864910**
**Orlando, FL 32886-4910**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

$3,760.00

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Life of Purpose-Pennsylvania, LLC | Case number (if known) | 19-12495(MDC) |
|---|---|---|---|
| | Name | | |

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,320.00 |
|---|---|---|---|

**WPVI**
**Attn: WPVI-606**
**P.O. Box 732384**
**Dallas, TX 75373-2384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,270.00 |
|---|---|---|---|

**Zaman Media, LLC**
**801 East Campbell Road, Suite 380**
**Richardson, TX 75081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Adam Nachmani, Esquire**<br>**Sirlin, Lesser & Benson, PC**<br>**123 S. Broad Street, Suite 2100**<br>**Philadelphia, PA 19109** | Line **3.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Dana S. Plon, Esquire**<br>**Sirlin Lesser & Benson, P.C.**<br>**123 South Broad Street, Suite 2100**<br>**Philadelphia, PA 19109** | Line **3.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **James E. Gavin, Esquire**<br>**Masano Bradley**<br>**1100 Berkshire Blvd., Suite 201**<br>**Wyomissing, PA 19610** | Line **3.2**<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | | 5a. $ | 169,653.19 |
| 5b. Total claims from Part 2 | | 5b. + $ | 2,066,135.38 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | | 5c. $ | 2,235,788.57 |

**Fill in this information to identify the case:**

Debtor name   **Life of Purpose-Pennsylvania, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)   **19-12495(MDC)**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
    (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Lease of 1146 Stump Road, North Wales, PA |
| | State the term remaining | |
| | List the contract number of any government contract | 1146 Stump Road, LLC<br>1035 Virginia Drive, Suite 130<br>Fort Washington, PA 19034 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Lease of 155 Pleasantville Road, Titusville, NJ |
| | State the term remaining | |
| | List the contract number of any government contract | 155 Pleasant Valley Road LLC<br>1035 Virginia Drive, Suite 130<br>Fort Washington, PA 19034 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Lease of 225 E. City Avenue, Suite 15, Bala Cynwyd, PA 19004 |
| | State the term remaining | |
| | List the contract number of any government contract | 225 City Avenue Associates LLP<br>c/o Keystone Property Group<br>P.O. Box 714806<br>Cincinnati, OH 45271 |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Lease of 4 Erial Road, Sicklerville, NJ 08081 |
| | State the term remaining | |
| | List the contract number of any government contract | 4 Erial Road, LLC<br>12 Penns Trail, Suite 103<br>Newtown, PA 18940 |

Debtor 1    **Life of Purpose-Pennsylvania, LLC**              Case number *(if known)*   **19-12495(MDC)**
_____
First Name    Middle Name    Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| **2.5.** | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 650 Church Road, Flourtown, PA** |
| | State the term remaining | |
| | List the contract number of any government contract | **650 Church Road, LLC**<br>**1035 Virginia Drive, Suite 130**<br>**Fort Washington, PA 19034** |
| **2.6.** | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 90 West Afton Ave., Suite 101, Yardley, PA 19067** |
| | State the term remaining | |
| | List the contract number of any government contract | **B&G Real Estate Associates**<br>**P.O. Box 1012**<br>**Voorhees, NJ 08043** |
| **2.7.** | State what the contract or lease is for and the nature of the debtor's interest | **Lease of (1) 927 S. 7th Street, Apt. 2 & 3, Philadelphia, PA 19146; (2) 608 3rd Street, Apt 2 & 3, Philadelphia, PA 19147; and (3) 929 7th Street, Apt. 3, Philadelphia, PA 19146** |
| | State the term remaining | |
| | List the contract number of any government contract | **Franklin Residential**<br>**124 S. 22nd Street, Unit 1F**<br>**Philadelphia, PA 19103** |
| **2.8.** | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 321 Swartley Road, Hatfield, PA 19440** |
| | State the term remaining | |
| | List the contract number of any government contract | **J&R Associates**<br>**1711 Bethlehem Pike**<br>**Hatfield, PA 19440** |
| **2.9.** | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 17 West Knight Street, Collingswood, NJ 08108** |
| | State the term remaining | |
| | List the contract number of any government contract | **Russell & Alice Palermo**<br>**436 Virginia Avenue**<br>**West Collingswood, NJ 08107** |

Debtor 1  **Life of Purpose-Pennsylvania, LLC**

First Name        Middle Name        Last Name

Case number (*if known*)  **19-12495(MDC)**

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 420 N. 40th Street, Philadelphia, PA 19103** | |
|---|---|---|---|
| | State the term remaining | | **Tian Realty Web** |
| | List the contract number of any government contract | | **2115 Ferncroft Lane** |
| | | | **Chester Springs, PA 19425** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 1035 Virginia Drive, Suite 130, Fort Washington, PA 19034** | |
|---|---|---|---|
| | State the term remaining | | **Vette Associates** |
| | List the contract number of any government contract | | **281 Tabor Road** |
| | | | **Ottsville, PA 18942** |

**Schedule G: Executory Contracts and Unexpired Leases**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: |
|---|

Debtor name    **Life of Purpose-Pennsylvania, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    **19-12495(MDC)**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **1146 Stump Road, LLC** | **1035 Virginia Drive, Suite 130 Fort Washington, PA 19034** | **Oxford Finance LLC** | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.2 | **155 Pleasant Valley Road LLC** | **1035 Virginia Drive, Suite 130 Fort Washington, PA 19034** | **Oxford Finance LLC** | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.3 | **650 Church Road, LLC** | **1035 Virginia Drive, Suite 130 Fort Washington, PA 19034** | **Oxford Finance LLC** | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.4 | **City Line Behavioral Healthcare, LLC** | **1035 Virginia Drive, Suite 130 Fort Washington, PA 19034** | **Oxford Finance LLC** | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.5 | **Life in Progress LLC** | **1035 Virginia Drive, Suite 130 Fort Washington, PA 19034** | **Oxford Finance LLC** | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |

| Debtor | Life of Purpose-Pennsylvania, LLC | Case number *(if known)* | 19-12495(MDC) |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
|---|---|

| 2.6 | Life of Purpose LLC | 1035 Virginia Drive, Suite 130 Fort Washington, PA 19034 | Oxford Finance LLC | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
|---|---|---|---|---|

| 2.7 | MCI Real Estate Holdings, LLC | 1035 Virginia Drive, Suite 130 Fort Washington, PA 19034 | Oxford Finance LLC | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
|---|---|---|---|---|

In re   Life of Purpose-Pennsylvania, LLC _____     Case No. 19-12495(MDC) ___
                                    Debtor

                                                                 Chapter _____ 7 _____

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF CORPORATION

I, Drew Rothermel, Sole Member of the Debtor, declare under penalty of perjury that I have read the foregoing Summary of Schedules and Schedules, and any attachments thereto, and that they are true and correct to the best of my knowledge, information and belief.

**LIFE OF PURPOSE-PENNSYLVANIA, LLC**

By: _____
              Drew Rothermel, Sole Member

Dated: May 1, 2019

**Fill in this information to identify the case:**

Debtor name  **Life of Purpose-Pennsylvania, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)  **19-12495(MDC)**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $728,450.00 |
| **For prior year:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | $6,913,765.00 |
| **For year before that:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | $26,298,543.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **Life of Purpose-Pennsylvania, LLC**                         Case number (if known)  **19-12495(MDC)**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1.    See "SOFA 3" attached hereto. | | $1,813,873.74 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

---

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    See "SOFA 4" attached hereto. | | $6,265,743.39 | |

---

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Oxford Finance LLC**<br>**Attn: Joseph Somerset, Managing Director**<br>**133 North Fairfax Street**<br>**Alexandria, VA 22314** | **Funds from the Money Market Account**<br>Last 4 digits of account number:  __3422__ | April 16, 2019 | $102,333.42 |

---

**Part 3:**    Legal Actions or Assignments

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

    ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.    **4 Erial Road, LLC v.**<br>**Liberation Way, LLC, et al.**<br>**2018-27286** | **Civil** | **Montgomery County Court of Common Pleas**<br>**P.O. Box 311**<br>**Norristown, PA 19404-0311** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **Life of Purpose-Pennsylvania, LLC**                                          Case number (if known)  **19-12495(MDC)**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **Commonwealth of Pennsylvania v. Liberation Way LLC, et al.**<br>**CP-09-CR-0002068-2019** | **Criminal** | **Bucks County Court of Common Pleas**<br>**55 East Court Street**<br>**Doylestown, PA 18901** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **See "SOFA 9" attached hereto.** | | | |
| | | | | $133,372.82 |
| | Recipients relationship to debtor | | | |

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

---

Debtor  **Life of Purpose-Pennsylvania, LLC**                              Case number *(if known)* **19-12495(MDC)**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Karalis PC**<br>**1900 Spruce Street**<br>**Philadelphia, PA 19103** | | **April 17, 2019** | **$5,960.00** |
| | Email or website address<br>**www.karalislaw.com** | | | |
| | Who made the payment, if not debtor?<br>**Oxford Finance LLC** | | | |

---

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | | Dates of occupancy From-To |
|---|---|---|---|
| 14.1. | **17 West Knight Avenue**<br>**Collingswood, NJ 08108** | | |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.

■ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | **See Below** | **Prior to the petition date, debtor operated a drug treatment center.  All patients have been discharged.** | 0 |
| | | Location where patient records are maintained (if different from | How are records kept? |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor    **Life of Purpose-Pennsylvania, LLC**                                  Case number *(if known)*  **19-12495(MDC)**

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | facility address). If electronic, identify any service provider. **Kipu Medical Records 55 Alhambra Plaza, Suite 600 Coral Gables, FL 33134** | *Check all that apply:* ■ Electronically ☐ Paper |

---

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐    No.

■    Yes. State the nature of the information collected and retained.

**Patient Information governed by HIPAA**

Does the debtor have a privacy policy about that information?

■ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐    No. Go to Part 10.

■    Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan **401(k) Plan** | Employer identification number of the plan EIN: |
|---|---|

Has the plan been terminated?

■ No
☐ Yes

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

---

Debtor   **Life of Purpose-Pennsylvania, LLC**                          Case number *(if known)* **19-12495(MDC)**

---

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Iron Mountain**<br>**1000 Campus Drive**<br>**Collegeville, PA 19426** | **N/A** | | ☐ No<br>■ Yes |

---

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

| Debtor | Life of Purpose-Pennsylvania, LLC | Case number *(if known)* | **19-12495(MDC)** |
|---|---|---|---|

■ None

| **Business name address** | **Describe the nature of the business** | **Employer Identification number**<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Windham Brannon**<br>3630 Peachtree Road NE<br>Atlanta, GA 30326 | |
| 26a.2. | **Marcum LLP**<br>1600 Market Street, 32nd Floor<br>Philadelphia, PA 19103 | |
| 26a.3. | **The Sharp Financial Group**<br>100 Tournament Drive, Suite 250<br>Horsham, PA 19044 | |
| 26a.4. | **New Phase Advisory Services**<br>315 N. Matlack Street<br>West Chester, PA 19380 | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26b.1. | **Marcum LLP**<br>1600 Market Street, 32nd Floor<br>Philadelphia, PA 19103 | |
| | Name and address | Date of service<br>From-To |
| 26b.2. | **Windham Brannon**<br>3630 Peachtree Road NE<br>Atlanta, GA 30326 | |
| | Name and address | Date of service<br>From-To |
| 26b.3. | **New Phase Advisory Services**<br>315 N. Matlack Street<br>West Chester, PA 19380 | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|---|
| 26c.1. | **Windham Brannon**<br>3630 Peachtree Road NE<br>Atlanta, GA 30326 | |

Debtor  **Life of Purpose-Pennsylvania, LLC**                                    Case number (if known) **19-12495(MDC)**

**Name and address**                                          If any books of account and records are
                                                             unavailable, explain why

26c.2.  **Marcum LLP**
        **1600 Market Street, 32nd Floor**
        **Philadelphia, PA 19103**

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
     statement within 2 years before filing this case.

   ☐ None

**Name and address**

26d.1.  **Oxford Finance LLC**
        **Attn: Joseph Somerset, Managing Director**
        **133 North Fairfax Street**
        **Alexandria, VA 22314**

### 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ■ No
   ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Andrew Rothermel | 1402 Dakota Drive Jupiter, FL 33438 | Chief Executive Officer | |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

   ☐ No
   ■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- | --- |
| Jason Gerner | 633 Rittenhouse Street Philadelphia, PA 19144 | Chief Executive Officer | Removed as of May 7, 2018 |
| Branden Coluccio | 248 Avenue A Doylestown, PA 18901 | Chief Financial Officer | Removed as of May 7, 2018 |
| Thomas Greer | Fulcrum Equity Partners Glenridge Highlands One 5555 Glenridge Connector, Suite 930 Atlanta, GA 30342 | Vice President and Secretary | |

Debtor    **Life of Purpose-Pennsylvania, LLC**                     Case number *(if known)*  **19-12495(MDC)**

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Jeff Muir | Fulcrum Equity Partners<br>Glenridge Highlands One<br>5555 Glenridge Connector, Suite 930<br>Atlanta, GA 30342 | Board Member | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Vinny Olmstead | Vocap Investment Partners<br>2770 Indian River Blvd., Suite 201<br>Vero Beach, FL 32960 | Board Member | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Tom Leahey | c/o Windham Brannon<br>3630 Peachtree Road NE<br>Atlanta, GA 30326 | Chief Financial Officer | |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | See "SOFA 4" attached hereto. | | | |

Relationship to debtor

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

Name of the parent corporation

**LBH Holdings LLC**

Employer Identification number of the parent corporation

EIN:    **61-1861326**

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

Name of the pension fund

Employer Identification number of the parent corporation

Debtor    **Life of Purpose-Pennsylvania, LLC**                          Case number *(if known)*  **19-12495(MDC)**

**"SOFA 3"**
**90 Day Payments**

**Liberation Way**
**Transaction Report**
**January 1 - April 17, 2019**

| Business Checking (XXXXX 5234) | Date | Transaction Type | Num | Adj | Name | Memo/Description | Amount | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|



**"SOFA 4"**
**Insider Payments**

**Liberation Way**
**Transaction Report**
January 1, 2018 - April 17, 2019

| Date | Transaction Type | Num | Name | Memo/Description | Account | Split | Amount |
|---|---|---|---|---|---|---|---|
| | | | | Business Checking (XXXXX5234) | | | |
| 01/18/2018 | Expense | | LBH | ONLINE TRANSFER ONLINE TRANSFER ID TO XXXXX5189 | 10100 Business Checking (XXXXX5234) | 12110 Accounts Receivable (A/R) - LBH | -228,257.11 |
| 01/25/2018 | Check | 7007 | Oxford Valuation Partners | CHECK 7007 04474 CHECK 7007 04474919 | 10100 Business Checking (XXXXX5234) | 60230 Professional Fees - Other | -9,500.00 |
| 02/15/2018 | Expense | | LBH | ONLINE TRANSFER ONLINE TRANSFER ID TO XXXXX5189 | 10100 Business Checking (XXXXX5234) | 12110 Accounts Receivable (A/R) - LBH | -212,845.98 |
| 03/16/2018 | Deposit | | | ONLINE TRANSFER ONLINE TRANSFER ID FROM XXXXX5189 | 10100 Business Checking (XXXXX5234) | 12110 Accounts Receivable (A/R) - LBH | 250,000.00 |
| 03/30/2018 | Expense | | LBH | ONLINE TRANSFER ONLINE TRANSFER ID TO XXXXX5189 | 10100 Business Checking (XXXXX5234) | 12110 Accounts Receivable (A/R) - LBH | -25,000.00 |
| 04/01/2018 | Expense | | LBH | ONLINE TRANSFER ONLINE TRANSFER ID TO XXXXX5189 | 10100 Business Checking (XXXXX5234) | 12110 Accounts Receivable (A/R) - LBH | -25,000.00 |
| 04/20/2018 | Expense | 2072 | Jason Garner | books | 10100 Business Checking (XXXXX5234) | 60500 Miscellaneous | -441,276.88 |
| 06/05/2018 | Expense | | LBH | ONLINE TRANSFER ONLINE TRANSFER ID TO XXXXX5189 | 10100 Business Checking (XXXXX5234) | 12110 Accounts Receivable (A/R) - LBH | -237,000.00 |
| 06/05/2018 | Expense | | LBH | ONLINE TRANSFER ONLINE TRANSFER ID TO XXXXX5189 | 10100 Business Checking (XXXXX5234) | 12110 Accounts Receivable (A/R) - LBH | -15,000.00 |
| 06/05/2018 | Expense | | Patient's 2017 | | 10100 Business Checking (XXXXX5234) | 10105 Housing Checking (XXXXX 2625) | |
| 06/20/2018 | Expense | | LBH | ONLINE TRANSFER ONLINE TRANSFER TO XXXXX5189 | 10100 Business Checking (XXXXX5234) | 12110 Accounts Receivable (A/R) - LBH | -244,275.82 |
| 06/20/2018 | Expense | | Liberation Housing | ONLINE TRANSFER ONLINE TRANSFER TO XXXXX2625 | 10100 Business Checking (XXXXX5234) | 10105 Housing Checking (XXXXX 2625) | -20,000.00 |
| 06/20/2018 | Expense | | Liberation Housing | ONLINE TRANSFER ONLINE TRANSFER TO XXXXX2625 | 10100 Business Checking (XXXXX5234) | 10105 Housing Checking (XXXXX 2625) | -15,000.00 |
| 07/02/2018 | Expense | | Liberation Housing | ONLINE TRANSFER ONLINE TRANSFER TO XXXXX2625 | 10100 Business Checking (XXXXX5234) | 10105 Housing Checking (XXXXX 2625) | -7,500.00 |
| 07/16/2018 | Deposit | | Liberation Way | REF 01704MMDAPMX000073 BEN Oxford Finance LLC 011681072982 YPREF snhmud amount BEN OR BANK OF AMERICA, N.A. 026009593 | 10100 Business Checking (XXXXX5234) | 12110 Accounts Receivable (A/R) - LBH | -160,000.00 |
| 07/05/2018 | Deposit | | Liberation Way | FED WIRE CUT 1/29 FED WIRE IN 18/04154426CP 10WU | 10100 Business Checking (XXXXX5234) | 12110 Accounts Receivable (A/R) - LBH | 326,059.24 |
| 07/25/2018 | Deposit | 105 Prescott Valley - Customer | | ONLINE TRANSFER ONLINE TRANSFER FROM XXXXX115 | 10100 Business Checking (XXXXX5234) | 14440 Intercompany Receivable | 325,000.00 |
| 07/25/2018 | Deposit | 1146 Stamp - Customer | | ONLINE TRANSFER ONLINE TRANSFER FROM XXXXX111 | 10100 Business Checking (XXXXX5234) | 14450 Intercompany Receivable | 2,000.00 |
| 07/06/2018 | Deposit | 600 Church | | ONLINE TRANSFER ONLINE TRANSFER FROM XXXXX122 | 10100 Business Checking (XXXXX5234) | 14440 Intercompany Receivable | -30,000.00 |
| 07/05/2018 | Deposit | Liberation Way | | ONLINE TRANSFER ONLINE TRANSFER FROM XXXXX123 | 10100 Business Checking (XXXXX5234) | 14650 Intercompany Receivable | -5,000.00 |
| 07/05/2018 | Deposit | Liberation Way | | ONLINE TRANSFER ONLINE TRANSFER FROM XXXXX125 | 10100 Business Checking (XXXXX5234) | 14440 Intercompany Receivable | 3,500.00 |
| 07/25/2018 | Deposit | Liberation Way | | ONLINE TRANSFER ONLINE TRANSFER FROM XXXXX2625 | 10100 Business Checking (XXXXX5234) | 10105 Housing Checking (XXXXX 2625) | 3,300.00 |
| 07/25/2018 | Deposit | Liberation Way | | ONLINE TRANSFER ONLINE TRANSFER FROM XXXXX2625 | 10100 Business Checking (XXXXX5234) | 10105 Housing Checking (XXXXX 2625) | 15,000.00 |
| 07/25/2018 | Deposit | Liberation Way | | FED WIRE CUT 938 FED WIRE IN 18/04154426CP 09NU | 10100 Business Checking (XXXXX5234) | 12110 Accounts Receivable (A/R) - LBH | 100,000.00 |
| | | | | REF 2018 01/04/26CP BEN Oxford Finance LLC 011681072982 | | | |
| 07/01/2018 | Deposit | Liberation Way | | FED WIRE CUT 938 FED WIRE IN 18/04154426CP | 10100 Business Checking (XXXXX5234) | 12110 Accounts Receivable (A/R) - LBH | -247,393.02 |
| | | | | PNC 180GAAKHGG0GICP | | | |
| 08/10/2018 | Expense | | Liberation Way | REF 20181/04126 LBMX000086.8001 H4204 ORIG / FALCHAM GROWTH | 10100 Business Checking (XXXXX5234) | 12110 Accounts Receivable (A/R) - LBH | 325,000.00 |
| 08/01/2018 | Expense | | 150 Prescott Valley - Customer | FUND IN OF LLC 4194999 YPREF N0HAG5000490GICP | 10100 Business Checking (XXXXX5234) | 14440 Intercompany Receivable | -27,000.00 |
| 08/20/2018 | Deposit | Liberation Way | | ONLINE TRANSFER ONLINE TRANSFER TO XXXXX115 | 10100 Business Checking (XXXXX5234) | 14440 Intercompany Receivable | 2,000.00 |
| 07/25/2018 | Deposit | 1146 Stamp - Customer | | ONLINE TRANSFER ONLINE TRANSFER TO XXXXX111 | 10100 Business Checking (XXXXX5234) | 14450 Intercompany Receivable | 2,000.00 |
| 07/05/2018 | Deposit | Transfer | | ONLINE TRANSFER ONLINE TRANSFER TO XXXXX115 | 10100 Business Checking (XXXXX5234) | 14440 Intercompany Receivable | -5,000.00 |
| 09/05/2018 | Deposit | Transfer | | ONLINE TRANSFER ONLINE TRANSFER TO XXXXX118 | 10100 Business Checking (XXXXX5234) | 14450 Intercompany Receivable | 1,000.00 |
| 08/05/2018 | Deposit | Liberation Way | | ONLINE TRANSFER ONLINE TRANSFER FROM XXXXX119 | 10100 Business Checking (XXXXX5234) | 14450 Intercompany Receivable | 1,500.00 |
| 08/05/2018 | Deposit | Liberation Way | | ONLINE TRANSFER ONLINE TRANSFER FROM XXXXX119 | 10100 Business Checking (XXXXX5234) | 14450 Intercompany Receivable | 1,800.00 |
| 09/05/2018 | Deposit | Liberation Way | | ONLINE TRANSFER ONLINE TRANSFER FROM XXXXX123 | 10100 Business Checking (XXXXX5234) | 14450 Intercompany Receivable | 7,000.00 |
| 09/05/2018 | Deposit | Liberation Way | | ONLINE TRANSFER ONLINE TRANSFER FROM XXXXX118 | 10100 Business Checking (XXXXX5234) | 14440 Intercompany Receivable | 7,000.00 |
| 09/05/2018 | Deposit | Liberation Way | | ONLINE TRANSFER ONLINE TRANSFER FROM XXXXX199 | 10100 Business Checking (XXXXX5234) | 10105 Housing Checking (XXXXX 2625) | 10,000.00 |
| 09/15/2018 | Deposit | Liberation Way | | ONLINE TRANSFER ONLINE TRANSFER TO XXXXX5189 | 10100 Business Checking (XXXXX5234) | 12110 Accounts Receivable (A/R) - LBH | 20,000.00 |
| 09/13/2018 | Deposit | Liberation Way | | ONLINE TRANSFER ONLINE TRANSFER TO XXXXX5189 | 10100 Business Checking (XXXXX5234) | 12110 Accounts Receivable (A/R) - LBH | 7,000.00 |
| | | | | FED WIRE CUT 589 FED WIRE IN 18HG01 0444HCDCA | | | |
| | | | | YPREF 01RG0HAGGT BEN BANK OF AMERICA, N.A. 026005603 | | | |
| 09/20/2018 | Deposit | Liberation Way | | FED WIRE IN 18HGU00CA CORP | 10100 Business Checking (XXXXX5234) | 12110 Accounts Receivable (A/R) - LBH | 4,559,613.00 |
| | | | | 700R073 YPREF 18HGA19AGXGGICD BRI PER JOINT INSTRUCTIONS LTD | | | |
| 10/17/2018 | Deposit | Liberation Way | | FED WIRE IN 18AH FED WIRE IN 18AHEG5GG7FLWV | 10100 Business Checking (XXXXX5234) | 12110 Accounts Receivable (A/R) - LBH | 200,000.00 |
| | | | | REF 2018101/06LU BRI0G0608 ORIG / FALCHAM GROWTH | | | |
| 10/20/2018 | Deposit | Liberation Way | | 18124426 YPREF 34MHG6ZI1ULFWN J.BH USH HOLDINGS EDGN | 10100 Business Checking (XXXXX5234) | 12110 Accounts Receivable (A/R) - LBH | -5,000.00 |
| | | | | ONLINE TRANSFER ONLINE TRANSFER ID TO XXXXX5189 | | | |
| 10/31/2018 | Deposit | Liberation Way | | FED WIRE IN 18AH FED WIRE IN 18AH000073000WV | 10100 Business Checking (XXXXX5234) | 12110 Accounts Receivable (A/R) - LBH | 300,000.00 |
| | | | | REF 01RG0HAMPMX000073 BEN Oxford Finance LLC 011681072982 | | | |
| | | | | PNC 189GAAKHGG0GICP | | | |
| 11/14/2018 | Deposit | Liberation Way | | FED WIRE IN 18AH FED WIRE IN 18HG01 ORIG, WEBSITE BANK | 10100 Business Checking (XXXXX5234) | 12110 Accounts Receivable (A/R) - LBH | 250,000.00 |
| | | | | REF 01RG0HAMPMX000073 BEN Oxford Finance LLC 011681072982 | | | |
| | | | | PNC 189GAAKHGG0GICP | | | |
| 11/20/2018 | Expense | | Life of Purpose | FED WIRE IN 18HG5 FED WIRE IN 18HG5000GICP01LWV | 10100 Business Checking (XXXXX5234) | 13030 Investment in Life of Purpose | -45,000.00 |
| | | | | YPREF 2018HG0000 BEN INTERSTATE BANK, NATIONAL ASSOCIAT | | | |
| | | | | 0031 4400 PNC 189HG05AAZTAAH | | | |
| 11/20/2018 | Deposit | | | FED WIRE IN 18HG01 FED WIRE IN 18HGEG5GG7FLWV | 10100 Business Checking (XXXXX5234) | 12110 Accounts Receivable (A/R) - LBH | 150,000.00 |
| | | | | REF OvrGHG LU 4194999 YPREF N0HAG5000490GICP LIE FALCHAM GROWTH | | | |
| | | | | FUND IN OF LLC 4194999 YPREF 14BH5144FFCX4449 | | | |

**Housing Checking (XXXXXX 2625)**

| Date | Type | Method | Name | Memo | Account | Amount |
|---|---|---|---|---|---|---|
| 12/06/2018 | Expense | | Life of Purpose | FED WIRE OUT BAH FED WIRE OUT BKNZT XXXXXXX610 | 13000 Investment in Life of Purpose | -50,000.00 |
| 12/06/2018 | Deposit | | Life of Purpose | REF 113189IO4FMP0000010 BEN:Life of Purpose XXXXX64xx | 13110 Investment in Life of Purpose - LBH | 160,000.00 |
| 12/12/2018 | Expense | Wire | Life of Purpose | FED WIRE OUT BKNZT XXXXXXX810 | 12110 Accounts Receivable (A/R) - LBH | 1,500,000.00 |
| 12/12/2018 | Expense | Transfer | Life of Purpose | ONLINE TRANSFER IN ONLINE TRANSFER TO XXXXXX199 | 12110 Accounts Receivable (A/R) - LBH | -300,000.00 |
| 12/13/2018 | Journal Entry | | Life of Purpose | 601 14033 PRC:-16BKI92H2Tb610 | 12110 Accounts Receivable (A/R) - LBH | 1,500,000.00 |
| 12/13/2018 | Expense | LW Transfer | Life of Purpose | FED WIRE IN WIRE FED WIRE IN XECR6960NAMLER | 13000 Investment in Life of Purpose | -Split- |
| 12/20/2018 | Journal Entry | | Life of Purpose | Transfer to cover Minority Debt | 10100 Business Checking (XXXXXX 5234) | -Split- |
| 12/31/2018 | Journal Entry | | Life of Purpose | REF 2009SIMAP0 BEN:Debt of Finance LLC 081681-07882 | 10100 Business Checking (XXXXXX 5234) | -Split- |
| 01/02/2019 | Expense | | Life of Purpose | PNC 160F3A68XN7CMJ | 10100 Business Checking (XXXXXX 5234) | -Split- |
| 02/04/2019 | Expense | | Life of Purpose | 601 14033 PRC:-16BKI92H2Tb610 | 10100 Business Checking (XXXXXX 5234) | -Split- |
| 02/06/2019 | Expense | Transfer | Liberation Way | Transfer from S234 to Housing 2625 | 10100 Business Checking (XXXXXX 5234) | -Split- |
| 02/06/2019 | Journal Entry | Transfer | Liberation Way | LBH transfer to LW | 10100 Business Checking (XXXXXX 5234) | -Split- |
| 02/14/2019 | Journal Entry | Fulcrum | Liberation Way | Deposit provided by Fulcrum - LBH wire payable | 10100 Business Checking (XXXXXX 5234) | -Split- |
| 02/20/2019 | Journal Entry | Deposit | Liberation Way | | 10100 Business Checking (XXXXXX 5234) | -Split- |

**Cash - Escrow**

| Date | Type | Method | Name | Memo | Account | Amount |
|---|---|---|---|---|---|---|
| 02/27/2019 | Expense | | Life of Purpose | | 13000 Investment in Life of Purpose | -10,000.00 |
| 03/01/2019 | Journal Entry | Oxford, Diego Id | | Oxford Deposit, into LW account | 10100 Business Checking (XXXXXX 5234) | -Split- |
| 03/09/2019 | Expense | | Life of Purpose | Transfer from S234 to Housing 2625 | 10100 Business Checking (XXXXXX 5234) | 107,672.25 |
| | | | | | | |
| 03/12/2019 | Expense | | Life of Purpose | LBH transfer to LW | | -20,000.00 |
| 03/12/2019 | Expense | WIRE | Oxford | Wire transfer to LBH | 10100 Business Checking (XXXXXX 5234) | -50,000.00 |
| 03/12/2019 | Check | ACH | Liberation Way | LW transfer to LBH | 13000 Investment in Life of Purpose | -5,000.00 |
| 03/20/2019 | Check | ACH | Liberation Way | Oxford deposit | 13000 Investment in Life of Purpose | -600.00 |
| 03/20/2019 | Check | Oxford | MCI Real Estate | Oxford deposit | | 75,000.00 |
| 03/20/2019 | Journal Entry | Transfer | Oxford | Transfer to Housing | | -1,000.00 |
| 03/10/2019 | Check | WIRE | Oxford | Oxford deposit | 13000 Investment in Life of Purpose | -130,000.00 |
| 04/02/2019 | Check | LGP | Life of Purpose | Wire from LGP | 13000 Investment in Life of Purpose | -30,000.00 |
| 03/20/2019 | Check | ACH | Transfer | | 10100 Business Checking (XXXXXX 5234) | 10,000.00 |
| 03/20/2019 | Check | ACH | Transfer | | 10100 Business Checking (XXXXXX 5234) | -2,000.00 |
| 03/20/2019 | Journal Entry | Transfer | Life of Purpose | | 10100 Business Checking (XXXXXX 5234) | -35,000.00 |
| 04/02/2019 | Journal Entry | WIRE | | Oxford deposit | 10100 Business Checking (XXXXXX 5234) | -40,000.00 |
| 04/02/2019 | Journal Entry | | | Oxford deposit | 10100 Business Checking (XXXXXX 5234) | 100,000.00 |
| 04/09/2019 | Journal Entry | | | Oxford deposit | 10100 Business Checking (XXXXXX 5234) | -2,000.00 |
| 04/10/2019 | Journal Entry | | | ONLINE TRANSFER IN ONLINE TRANSFER TO XXXXXX2625 | 10100 Housing Checking (XXXXXX 2625) | 165,000.00 |
| 04/10/2019 | Journal Entry | WIRE | Transfer | ONLINE TRANSFER IN ONLINE TRANSFER TO XXXXXX2625 | 10100 Business Checking (XXXXXX 5234) | -Split- |
| 04/12/2019 | Expense | Transfer | | ONLINE TRANSFER IN ONLINE TRANSFER TO XXXXXX2625 | 10100 Business Checking (XXXXXX 5234) | -Split- |

| Date | Type | Method | Name | Memo | Account | Amount |
|---|---|---|---|---|---|---|
| 04/24/2019 | Deposit | | | DEPOSIT XXXXXX999 DEPOSIT XXXXXX960 | 40101 Rental Income | 3,890.10 |
| 04/24/2019 | Expense | LBH | Liberation Way | ONLINE TRANSFER IN ONLINE TRANSFER TO XXXXXX2625 | 10100 Housing Checking (XXXXXX 2625) | 15,000.00 |
| 04/25/2019 | Expense | | Liberation Housing | ONLINE TRANSFER IN ONLINE TRANSFER TO XXXXXX2625 | 10100 Housing Checking (XXXXXX 2625) | -20,000.00 |
| 04/25/2019 | Expense | | Liberation Housing | ONLINE TRANSFER IN ONLINE TRANSFER TO XXXXXX2625 | 14550 Intercompany Receivable | 20,000.00 |
| 04/25/2019 | Expense | | Liberation Housing | ONLINE TRANSFER IN ONLINE TRANSFER TO XXXXXX2625 | 10100 Business Checking (XXXXXX 5234) | 15,000.00 |
| 08/05/2019 | Expense | | Liberation Housing | ONLINE TRANSFER IN ONLINE TRANSFER TO XXXXXX2625 | 10100 Business Checking (XXXXXX 5234) | -20,000.00 |
| 08/05/2019 | Expense | | Liberation Housing | ONLINE TRANSFER IN ONLINE TRANSFER TO XXXXXX2625 | 10100 Business Checking (XXXXXX 5234) | 20,000.00 |
| 09/05/2019 | Expense | | Liberation Housing | ONLINE TRANSFER IN ONLINE TRANSFER TO XXXXXX2625 | 10100 Business Checking (XXXXXX 5234) | 7,640.00 |
| 11/14/2019 | Expense | | Liberation Housing | ONLINE TRANSFER IN ONLINE TRANSFER TO XXXXXX2625 | 10100 Business Checking (XXXXXX 5234) | 20,000.00 |
| 08/05/2019 | Deposit | | | ONLINE TRANSFER IN ONLINE TRANSFER FROM XXXXXX2625 | 10100 Business Checking (XXXXXX 5234) | 21,000.00 |
| 11/14/2019 | Expense | Transfer | | ONLINE TRANSFER ONLINE TRANSFER TO XXXXXX2625 | -Split- | -30,000.00 |
| 03/12/2019 | Check | Transfer | | ONLINE TRANSFER ONLINE TRANSFER TO XXXXXX2625 | -Split- | 5,000.00 |
| 03/12/2019 | Check | ACH | Transfer | Transfer from S234 to Housing 2625 | -Split- | -15,000.00 |
| 04/25/2019 | Expense | | Transfer | To cover balance | 10100 Business Checking (XXXXXX 5234) | 5,000.00 |
| 04/12/2019 | Expense | | Transfer | To cover balance | 10100 Business Checking (XXXXXX 5234) | 2,000.00 |

**Cash - Escrow**

| Date | Type | Method | Name | Memo | Account | Amount |
|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | 110.75 |
| 04/30/2019 | Journal Entry | | | Money Market Account - Interest entry | 10200 Cash - Escrow | 1,000.00 |
| 07/30/2019 | Journal Entry | Withou LWroduct BH | Transfer to M/M | Transfer from MM to LBH | 10200 Cash - Escrow | 2,000.00 |
| 05/30/2019 | Journal Entry | | Transfer to MM | | 10200 Cash - Escrow | 2,000.00 |
| 04/04/2019 | Journal Entry | | Transfer from Money Market | Transfer from Money Market | 10200 Cash - Escrow | 2,000.00 |
| | | | | | | -50,000.00 |
| | | | | | | 4,859,813.00 |
| | | | | | | -459,000.00 |

| Date | | | Description | Account | | Amount |
|---|---|---|---|---|---|---|
| 10/05/2018 | Journal Entry | Transfer | To pay down Oxford Interest_LIBR account | 10000 Cash - Escrow | -Split- | -2,454,311.79 |
| 10/05/2018 | Journal Entry | Transfer | Transfer | 10000 Cash - Escrow | -Split- | -236,001.31 |
| 10/05/2018 | Journal Entry | Transfer | Assumed transfer back to MM due to unauthorized original transfer | 10000 Cash - Escrow | -Split- | 659,000.00 |
| 12/12/2018 | Journal Entry | MM_transfer | Money Market transfer to DDA account | 10000 Cash - Escrow | -Split- | -900,000.00 |
| 12/12/2018 | Journal Entry | MM_transfer | Money Market transfer to DDA account | 10000 Cash - Escrow | -Split- | -100,000.00 |
| 12/12/2018 | Journal Entry | Wire | Money Market transfer to DDA account | 10000 Cash - Escrow | -Split- | -100,000.00 |
| 12/12/2018 | Journal Entry | Transfer | Money Market transfer to DDA account | 10000 Cash - Escrow | -Split- | -1,000,000.00 |
| 12/12/2018 | Journal Entry | Reversed | Money Market transfer to DDA account - Reversed | 10000 Cash - Escrow | -Split- | -1,000,000.00 |
| 12/13/2018 | Journal Entry | Reversed | Money Market transfer to DDA account - Reversed | 10000 Cash - Escrow | -Split- | 100,000.00 |
| 02/25/2019 | Journal Entry | MMSweep | To pay down Oxford debt_LMM Sweep) | 10000 Cash - Escrow | -Split- | 900,000.00 |
| | | | | | | -1,000,000.00 |



**"SOFA 9"**
**Charitable Contributions**

## Liberation Way
## Transaction Report
### January 1, 2017 - April 17, 2019

| Vendors | Amount over $1,000 |
|---|---|
| American Express - 91006 | $ 8,263.98 |
| ARHE | $ 8,000.00 |
| Blandon Colucco | $ 1,100.00 |
| Childrens Hospital | $ 9,761.44 |
| City of Burlington | $ 1,000.00 |
| Flyers Charities | $ 2,500.00 |
| Giving Fund - PayPal | $ 1,000.00 |
| Hope Sheds Light | $ 1,500.00 |
| How to Save a Life | $ 28,850.00 |
| Independence BCBS | $ 4,050.00 |
| Lower Bucks County Chamber of Commerce | $ 1,000.00 |
| New Jersey Prevention Network | $ 1,200.00 |
| NJ Prospects Fast Pitch | $ 2,500.00 |
| Pulls fore B&Z | $ 1,000.00 |
| Recovery Advocates of America, Inc. | $ 52,254.84 |
| Recovery Brands, LLC | $ 2,500.00 |
| Restoration Bridge Int'l | $ 3,000.00 |
| The Council of South-East | $ 1,000.00 |
| The Recovery Source | $ 2,000.00 |
| TOPAC | $ 2,800.00 |
| Yardley Borough Police Department | $ 1,376.00 |
| YSC Sports | $ 1,000.00 |

**Charitable Contributions**

| Date | Transaction Type | Num | Adj | Name | Memo/Description | Account | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 01/08/2017 | Bill | | No | | | 60120 Charitable Contributions | 21000 Accounts Payable (A/P) | 25.00 | 25.00 |
| 01/08/2017 | Bill | | No | American Express - 91006 | Blackie Tailgate | 60120 Charitable Contributions | 21000 Accounts Payable (A/P) | 25.00 | 50.00 |
| 02/05/2017 | Bill | | No | American Express - 91006 | Childrens Hospital | 60120 Charitable Contributions | 21000 Accounts Payable (A/P) | 500.00 | 550.00 |
| 02/05/2017 | Bill | | No | American Express - 91006 | | 60120 Charitable Contributions | 21000 Accounts Payable (A/P) | 25.00 | 575.00 |
| 03/08/2017 | Bill | | No | American Express - 91006 | | 60120 Charitable Contributions | 21000 Accounts Payable (A/P) | 25.00 | 600.00 |
| 03/08/2017 | Bill | | No | American Express - 91006 | Childrens Hospital | 60120 Charitable Contributions | 21000 Accounts Payable (A/P) | 7.25 | 607.25 |
| 03/08/2017 | Bill | | No | American Express - 91006 | College Transcripts - Contribution/Donation | 60120 Charitable Contributions | 21000 Accounts Payable (A/P) | 1,386.20 | 1,993.45 |
| 04/07/2017 | Bill | | No | American Express - 91006 | Pogo Life | 60120 Charitable Contributions | 21000 Accounts Payable (A/P) | 100.00 | 2,093.45 |
| 04/07/2017 | Bill | | No | American Express - 91006 | Conference | 60120 Charitable Contributions | 21000 Accounts Payable (A/P) | 100.00 | 2,193.45 |
| 04/07/2017 | Bill | | No | American Express - 91006 | Conference | 60120 Charitable Contributions | 21000 Accounts Payable (A/P) | 25.00 | 2,218.45 |
| 04/07/2017 | Bill | | No | American Express - 91006 | Conference | 60120 Charitable Contributions | 21000 Accounts Payable (A/P) | 100.00 | 2,318.45 |
| 05/08/2017 | Bill | | No | American Express - 91006 | Children's Hospital | 60120 Charitable Contributions | 21000 Accounts Payable (A/P) | 75.00 | 2,393.45 |
| 05/08/2017 | Bill | | No | American Express - 91006 | Conference | 60120 Charitable Contributions | 21000 Accounts Payable (A/P) | 350.00 | 2,743.45 |
| 05/08/2017 | Bill | | No | American Express - 91006 | Smart Recovery | 60120 Charitable Contributions | 21000 Accounts Payable (A/P) | 25.00 | 2,768.45 |
| 05/08/2017 | Bill | | No | American Express - 91006 | Conference, PHC Recovery | 60120 Charitable Contributions | 21000 Accounts Payable (A/P) | 100.00 | 2,868.45 |
| 05/08/2017 | Bill | | No | American Express - 91006 | Children's Hospital | 60120 Charitable Contributions | 21000 Accounts Payable (A/P) | 100.00 | 2,968.45 |
| 05/08/2017 | Bill | | No | American Express - 91006 | Conference | 60120 Charitable Contributions | 21000 Accounts Payable (A/P) | 100.00 | 3,068.45 |
| 05/08/2017 | Bill | | No | American Express - 91006 | | 60120 Charitable Contributions | 21000 Accounts Payable (A/P) | 500.00 | 3,568.45 |
| 06/07/2017 | Bill | | No | American Express - 91006 | | 60120 Charitable Contributions | 21000 Accounts Payable (A/P) | 210.00 | 3,778.45 |
| 07/07/2017 | Bill | | No | American Express - 91006 | | 60120 Charitable Contributions | 21000 Accounts Payable (A/P) | 25.00 | 3,803.45 |
| 07/07/2017 | Bill | | No | American Express - 91006 | | 60120 Charitable Contributions | 21000 Accounts Payable (A/P) | 25.00 | 3,828.45 |
| 07/07/2017 | Bill | | No | American Express - 91006 | | 60120 Charitable Contributions | 21000 Accounts Payable (A/P) | 25.00 | 3,853.45 |
| 08/08/2017 | Bill | | No | American Express - 91006 | | 60120 Charitable Contributions | 21000 Accounts Payable (A/P) | 25.00 | 3,878.45 |
| 08/08/2017 | Bill | | No | American Express - 91006 | | 60120 Charitable Contributions | 21000 Accounts Payable (A/P) | 48.00 | 3,901.45 |
| 09/07/2017 | Bill | | No | American Express - 91006 | | 60120 Charitable Contributions | 21000 Accounts Payable (A/P) | 447.31 | 4,348.76 |
| 09/27/2017 | Bill | | No | American Express - 91006 | Warrior Dash | 60120 Charitable Contributions | 21000 Accounts Payable (A/P) | 268.23 | 4,617.99 |
| 10/08/2017 | Bill | | No | American Express - 91006 | Mobile Donation | 60120 Charitable Contributions | 21000 Accounts Payable (A/P) | 1,000.00 | 5,617.99 |

| Date | Type | Num | Clr | Name | Memo | Account | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 10/08/2017 | Bill | | No | American Express 91006 | Childrens Hospital | 60120 Charitable Contributions | 21000 Accounts Payable (A/P) | 25.00 | 5,642.99 |
| 10/08/2017 | Bill | | No | American Express 91006 | Fetal Surgery | 60120 Charitable Contributions | 21000 Accounts Payable (A/P) | 40.00 | 5,682.99 |
| 11/28/2017 | Bill | 112808177 | No | American Express 91006 | | 60120 Charitable Contributions | 21000 Accounts Payable (A/P) | 500.00 | 6,182.99 |
| 12/08/2017 | Bill | 120808177 | No | American Express 91006 | | 60120 Charitable Contributions | 21000 Accounts Payable (A/P) | 135.00 | 6,317.99 |
| 12/08/2017 | Bill | 120808177 | No | American Express 91006 | | 60120 Charitable Contributions | 21000 Accounts Payable (A/P) | 52.00 | 6,369.99 |
| 12/08/2017 | Bill | 120808177 | No | American Express 91006 | | 60120 Charitable Contributions | 21000 Accounts Payable (A/P) | 1,668.99 | 8,038.98 |
| 12/08/2017 | Bill | 120808177 | No | American Express 91006 | | 60120 Charitable Contributions | 21000 Accounts Payable (A/P) | 225.00 | 8,263.98 |
| 11/06/2018 | Expense | | No | ARHE | A R H E 0008 BURLINGTON VT 07674924 CHECK 1718 07674 CHECK 1716 | 60120 Charitable Contributions | 21500 American Express Platinum | 8,000.00 | 16,263.98 |
| 11/06/2018 | Expense | | No | Banks County Community Foundation | | 60120 Charitable Contributions | 21500 American Express Platinum | 395.00 | 16,658.98 |
| 03/28/2017 | Check | 1718 | No | Brandan Colascio | CHECK 1718 07674 CHECK 1716 07674924 | 60120 Charitable Contributions | 10100 Business Checking (XXXXXX 5234) | 1,000.00 | 17,658.98 |
| 04/17/2017 | Check | 1693 | No | Brandan Colascio | CHECK 1693 09635 CHECK 1693 09635/971 | 60120 Charitable Contributions | 10100 Business Checking (XXXXXX 5234) | 100.00 | 17,758.98 |
| 11/28/2017 | Check | 2027 | No | Childrens Hospital | CHECK 2027 06824 CHECK 2027 06824/2625 Reimbursement for Rep Funding | 60120 Charitable Contributions | 10100 Business Checking (XXXXXX 5234) | 25.00 | 17,783.98 |
| 01/17/2018 | Expense | | No | Childrens Hospital | BRFCHLDRN HOSP PHLSEC CHECK 1909 | 60120 Charitable Contributions | 21000 American Express (deleted) | 25.00 | 17,808.98 |
| 03/03/2018 | Expense | | No | Childrens Hospital | BRFCHLDRN HOSP PHLSEC | 60120 Charitable Contributions | 21000 American Express (deleted) | 25.00 | 17,833.98 |
| 03/31/2018 | Expense | | No | Childrens Hospital | BRFCHLDRN HOSP PHLSEC | 60120 Charitable Contributions | 21000 American Express (deleted) | 25.00 | 17,858.98 |
| 04/26/2018 | Expense | | No | Childrens Hospital | BRFCHLDRN HOSP PHLSEC | 60120 Charitable Contributions | 21000 American Express (deleted) | 25.00 | 17,883.98 |
| 04/26/2018 | Expense | | No | Childrens Hospital | BRFCHLDRN HOSP PHLSEC | 60120 Charitable Contributions | 21000 American Express (deleted) | 25.00 | 17,908.98 |
| 06/29/2018 | Expense | | No | Childrens Hospital | BRFCHLDRN HOSP PHLSEC | 60120 Charitable Contributions | 21000 American Express (deleted) | 25.00 | 17,933.98 |
| 07/31/2018 | Expense | | No | Childrens Hospital | BRFCHLDRN HOSP PHLSEC | 60120 Charitable Contributions | 10100 Business Checking (XXXXXX 5234) | 1,000.00 | 18,933.98 |
| 08/06/2017 | Check | 1921 | No | City of Burlington | CHECK 1921 06679 CHECK 1921 | 60120 Charitable Contributions | 21500 American Express Platinum | 300.00 | 19,233.98 |
| 08/21/2017 | Expense | | No | CL PRM | | 60120 Charitable Contributions | 10100 Business Checking (XXXXXX 5234) | 30.00 | 19,263.98 |
| 12/17/2018 | Expense | | No | Community Foundation of NJ | Red Line Sponsor - Payable never received / Check 5533 NJ | 60120 Charitable Contributions | 21500 American Express Platinum | 2,500.00 | 21,763.98 |
| 05/01/2018 | Bill | 0001526-IN | No | Flyers Charities | RECOVERBIRENTWOOD TN FOUNDATIONS | 60120 Charitable Contributions | 21000 Accounts Payable (A/P) | 499.00 | 22,262.98 |
| 09/13/2018 | Bill | | No | Foundations Recovery Network, LLC | RECOVERBIRENTWOOD TN FOUNDATIONS | 60120 Charitable Contributions | 21500 American Express Platinum | 499.00 | 22,761.98 |
| 09/25/2018 | Expense | | No | Giving Fund - PayPal | RECOVERBIRENTWOOD TN | 60120 Charitable Contributions | 21550 American Express Platinum | 1,000.00 | 23,761.98 |
| 04/24/2018 | Expense | | No | Hansen Foundation | PAYPAL *GIVING FUND 8882211161 DC | 60120 Charitable Contributions | 21000 American Express Platinum | 500.00 | 24,261.98 |
| 11/01/2018 | Expense | | No | Hansen Foundation | HANSEN FOUNDATION GALLOWAY NJ 04461008 | 60120 Charitable Contributions | 22150 American Express Platinum | 1,500.00 | 25,761.98 |
| 03/16/2017 | Check | 2044 | No | Hope Sheds Light | CHECK 1908 08461 CHECK 1908 04461008 | 60120 Charitable Contributions | 10100 Business Checking (XXXXXX 5234) | 2,500.00 | 28,261.98 |
| 01/02/2017 | Check | 1908 | No | How to Save a Life | CHECK 1780 08321 CHECK 1780 08321497 | 60120 Charitable Contributions | 10100 Business Checking (XXXXXX 5234) | 2,100.00 | 30,361.98 |
| 03/16/2017 | Check | 1780 | No | How to Save a Life | CHECK 1670 08412 CHECK 1670 08412002 | 60120 Charitable Contributions | 10100 Business Checking (XXXXXX 5234) | 3,000.00 | 33,361.98 |
| 05/10/2017 | Check | 1670 | No | How to Save a Life | CHECK 1698 08669 CHECK 1698 08669492 | 60120 Charitable Contributions | 10100 Business Checking (XXXXXX 5234) | 3,500.00 | 36,861.98 |
| 05/10/2017 | Check | 1698 | No | How to Save a Life | CHECK 1697 08667 CHECK 1697 08667/43 | 60120 Charitable Contributions | 10100 Business Checking (XXXXXX 5234) | 2,500.00 | 39,361.98 |
| 05/10/2017 | Check | 1697 | No | How to Save a Life | CHECK 1922 08378 CHECK 1922 08378/478 | 60120 Charitable Contributions | 10100 Business Checking (XXXXXX 5234) | 3,750.00 | 43,111.98 |
| 06/21/2017 | Check | 1922 | No | How to Save a Life | CHECK 1938 08521 CHECK 1938 08824/620 | 60120 Charitable Contributions | 10100 Business Checking (XXXXXX 5234) | 2,500.00 | 45,611.98 |
| 09/21/2017 | Check | 1938 | No | How to Save a Life | CHECK 2044 08549 CHECK 2044 08549869 | 60120 Charitable Contributions | 10100 Business Checking (XXXXXX 5234) | 2,500.00 | 48,111.98 |
| 10/13/2017 | Check | 2044 | No | How to Save a Life | 06/20/2018 - 11th Gala - Karl Hottenstein event | 60120 Charitable Contributions | 10100 Business Checking (XXXXXX 5234) | 1,000.00 | 49,111.98 |
| 01/12/2018 | Check | 1643 | No | Independance BCBS | CHECK 1643 08435 CHECK 1643 04435 1490 | 22150 American Express Platinum | 4,050.00 | 54,611.98 |
| 04/26/2018 | Bill | Armstrong | No | Lower Bucks County Chamber of Commerce | 08/04/2018 - Bag Bingo | 60120 Charitable Contributions | 21000 American Express (deleted) | 2,350.00 | 56,961.98 |
| 03/31/2018 | Bill | Gala | No | New Jersey Prevention Network | 05/20/2018 - Strides for Skip | 60120 Charitable Contributions | 21000 American Express (deleted) | 2,100.00 | 59,061.98 |
| 03/06/2018 | Bill | Bag Bingo | No | New Jersey Prevention Network | CONFERENCE LAKEWOOD NJ | 60120 Charitable Contributions | 22000 American Express (deleted) | 2,000.00 | 61,061.98 |
| 04/27/2018 | Bill | Strides For Skip | No | New Jersey Prevention Network | CONFERENCE LAKEWOOD NJ 06822061 | 60120 Charitable Contributions | 22000 American Express (deleted) | 100.00 | 61,161.98 |
| 08/17/2018 | Expense | | No | IATS | IATS THE PROMISES FDMB 950-5455 CA | 60120 Charitable Contributions | 10100 Business Checking (XXXXXX 5234) | 2,500.00 | 63,661.98 |
| 09/15/2017 | Check | 1631 | No | NJ Prospects East Rich | CHECK 1631 09882 CHECK 1631 08882061 | 60120 Charitable Contributions | 22000 American Express (deleted) | 300.00 | 63,961.98 |
| 04/03/2017 | Expense | 1722 | No | Philadelphia Parks & Rec | CHECK 1722 08503 CHECK 1722 08503166 | 60120 Charitable Contributions | 10100 Business Checking (XXXXXX 5234) | 300.00 | 63,961.98 |

| Date | Type | Num | Clr | Name | Memo | Account | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 05/01/2017 | Bill | | No | Putts love Butz | CHECK 7276 06519 CHECK 7276 | 60120 Charitable Contributions | 21000 Accounts Payable (A/P) | 1,000.00 | 84,961.98 |
| 01/04/2017 | Check | 7276 | No | Recovery Advocates of America, Inc. | 06519 06476 | 60120 Charitable Contributions | 10100 Business Checking (XXXXXX 5234) | 2,000.00 | 66,961.98 |
| 02/20/2017 | Check | 7326 | No | Recovery Advocates of America, Inc. | 06334/278 | 60120 Charitable Contributions | 10100 Business Checking (XXXXXX 5234) | 2,000.00 | 68,961.98 |
| 06/27/2017 | Check | 1746 | No | Recovery Advocates of America, Inc. | CHECK 1746 06516 CHECK 1746 | 60120 Charitable Contributions | 10100 Business Checking (XXXXXX 5234) | 5,000.00 | 73,961.98 |
| 07/25/2017 | Check | 1904 | No | Recovery Advocates of America, Inc. | CHECK 1904 06661 CHECK 1904 | 60120 Charitable Contributions | 10100 Business Checking (XXXXXX 5234) | 5,000.00 | 78,961.98 |
| 08/24/2017 | Check | 1923 | No | Recovery Advocates of America, Inc. | CHECK 1923 06573 CHECK 1923 | 60120 Charitable Contributions | 10100 Business Checking (XXXXXX 5234) | 5,000.00 | 83,961.98 |
| 09/27/2017 | Check | 1936 | No | Recovery Advocates of America, Inc. | CHECK 1936 06686 CHECK 1936 | 60120 Charitable Contributions | 10100 Business Checking (XXXXXX 5234) | 5,000.00 | 88,961.98 |
| 10/02/2017 | Check | 1930 | No | Recovery Advocates of America, Inc. | CHECK 1930 06559 CHECK 1930 | 60120 Charitable Contributions | 10100 Business Checking (XXXXXX 5234) | 200.00 | 89,161.98 |
| 10/31/2017 | Check | 1950 | No | Recovery Advocates of America, Inc. | 06558/976 | 60120 Charitable Contributions | 10100 Business Checking (XXXXXX 5234) | 5,000.00 | 94,161.98 |
| 12/12/2017 | Check | 2005 | No | Recovery Advocates of America, Inc. | CHECK 2005 06607 CHECK 2005 | 60120 Charitable Contributions | 10100 Business Checking (XXXXXX 5234) | 5,000.00 | 99,161.98 |
| 10/31/2017 | Bill | 2010 | No | Recovery Advocates of America, Inc. | CHECK 2010 06387 CHECK 2010 | 60120 Charitable Contributions | 10100 Business Checking (XXXXXX 5234) | 5,000.00 | 104,161.98 |
| 09/13/2018 | Bill | 2067 | No | Recovery Advocates of America, Inc. | Requested by Keith Arnott, Approved by Drew | 60120 Charitable Contributions | 10100 Business Checking (XXXXXX 5234) | 5,000.00 | 109,161.98 |
| 10/31/2018 | Check | 1918 | No | Recovery Brands, LLC | RECOVERY BRANDS, LLCSAN DIEGO CA | 60120 Charitable Contributions | 21500 American Express Platinum | 54.84 | 109,216.82 |
| 08/16/2017 | Check | | No | Restoration Bridge Int'l | CHECK 1918 03201 CHECK 1918 03201 1066 | 60120 Charitable Contributions | 10100 Business Checking (XXXXXX 5234) | 5,000.00 | 114,216.82 |
| 05/16/2018 | Check | 2053 | No | Richard J Caron Foundation | RICHARD J CARON FOUND000782532 | 60120 Charitable Contributions | 10100 Business Checking (XXXXXX 5234) | 3,000.00 | 117,216.82 |
| 05/22/2018 | Expense | | No | Richard J Caron Foundation | RICHARD J CARON FOUND000782332 | 60120 Charitable Contributions | 21000 American Express (deleted) | 2,500.00 | 119,716.82 |
| 05/25/2018 | Expense | | No | Richard J Caron Foundation | PA RICHARD J CARON FOUND000782532 PA | 60120 Charitable Contributions | 21000 American Express (deleted) | 3,000.00 | 122,716.82 |
| 10/01/2018 | Expense | | No | Seabrook House | BI *SEABROOK HOUSE BRIDGETON NJ | 60120 Charitable Contributions | 21000 American Express (deleted) | 100.00 | 122,816.82 |
| 03/22/2018 | Expense | | No | Stop Heroin | PAYPAL *STOP HEROIN 4029357733 NJ | 60120 Charitable Contributions | 21000 American Express Platinum | 70.00 | 122,866.82 |
| 02/16/2019 | Expense | | No | The Ammon Foundation | BB *AMMON FOUNDATIONLINDEN NJ | 60120 Charitable Contributions | 21500 American Express Platinum | 35.00 | 122,901.82 |
| 11/26/2018 | Expense | | No | The Center for Prevention | THE CENTER FOR PREVERohnoor NJ | 60120 Charitable Contributions | 21500 American Express Platinum | 500.00 | 123,421.82 |
| 08/04/2017 | Expense | 1907 | No | The Council of South-East | CHECK 1907 07355 CHECK 1907 07355018 | 60120 Charitable Contributions | 21500 American Express Platinum | 250.00 | 123,671.82 |
| 02/24/2017 | Bill | | No | The Recovery Source | Event Sponsorship | 60120 Charitable Contributions | 21000 American Express Platinum | 600.00 | 124,271.82 |
| 01/24/2017 | Check | 1622 | No | TOPAC | CHECK 1622 06553 CHECK 1622 | 60120 Charitable Contributions | 21500 American Express Platinum | 250.00 | 124,521.82 |
| 02/24/2017 | Bill | CPA 2017-001 | No | TOPAC | 06553/061 | 60120 Charitable Contributions | 21000 Accounts Payable (A/P) | 2,000.00 | 126,521.82 |
| 04/03/2017 | Bill | | No | TOPAC | CHECK 2068 06589 CHECK 2068 | 60120 Charitable Contributions | 21000 Accounts Payable (A/P) | 1,000.00 | 127,521.82 |
| 03/21/2018 | Check | 2068 | No | TOPAC | 06589/413 | 60120 Charitable Contributions | 10100 Business Checking (XXXXXX 5234) | 75.00 | 127,596.82 |
| 03/07/2017 | Check | 1721 | No | UPSL | CHECK 1721 06435 CHECK 1721 | 60120 Charitable Contributions | 21000 Business Checking (XXXXXX 5234) | 2,000.00 | 129,596.82 |
| 04/03/2018 | Bill | 04-02-2018 | No | Yardley Borough Police Department | 06435/616 Softball League | 60120 Charitable Contributions | 21000 Accounts Payable (A/P) | 500.00 | 130,096.82 |
| 02/01/2017 | Check | 7362 | No | YSC Sports | CHECK 7362 06674 CHECK 7362 | 60120 Charitable Contributions | 10100 Business Checking (XXXXXX 5234) | 1,000.00 | 133,372.82 |

**Total for Charitable Contributions**  $ 133,372.82

**TOTAL**  $ 133,372.82

In re   Life of Purpose-Pennsylvania, LLC _____   Case No. 19-12495(MDC) \_\_\_\_
                        Debtor

Chapter \_\_\_\_\_ 7 \_\_\_\_\_

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF CORPORATION

I, Drew Rothermel, Sole Member of the Debtor, declare under penalty of perjury that I have read the foregoing Statement of Financial Affairs, and any attachments thereto, and that they are true and correct to the best of my knowledge, information and belief.

**LIFE OF PURPOSE-PENNSYLVANIA, LLC**

By: _____

Drew Rothermel, Sole Member

Dated: May 1, 2019

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| LIFE OF PURPOSE-PENNSYLVANIA, LLC | : | Bankruptcy No. 19-124295(MDC) |
| Debtor | : | |
| | : | |

### RULE 2016(b) STATEMENT
### OF ATTORNEY COMPENSATION

Pursuant to 11 U.S.C. §329 and Rule of Bankruptcy Procedure 2016(b), the undersigned attorneys for Life of Purpose-Pennsylvania, LLC (the "Debtor") in this case makes this statement setting forth the compensation paid to the undersigned for services rendered or to be rendered in contemplation of and in connection with the case by the undersigned, and the source of such compensation.

1.      The firm of Karalis PC ("KPC") has agreed to act as counsel on behalf of the Debtor and acknowledges the receipt of a retainer fee in the amount of $5,960.00 including the filing fee of $335.00. The retainer was paid on April 17, 2019 and funded by Oxford Finance LLC at the request of the Debtor.

2.      KPC received no other payments from the Debtor within one year prior to the Petition Date.

3.      KPC agreed to provide the Debtor with services including consultation concerning the filing of the bankruptcy case under Chapter 7 of the Bankruptcy Code, preparation of all pleadings necessary to commence the case, preparation of schedules, and attendance at the §341 meeting of creditors.

4.      KPC did not agree to represent the Debtor in any other matters which may arise in the case, including, but not limited to, examinations of any officer, director, member, employee, or other person of the Debtor under Bankruptcy Rule 2004.

5.      The undersigned has not shared or agreed to share any portion of such compensation with any other person who is not a member or regular associate of the undersigned's law firm.

**KARALIS PC**

By:___/s/ Aris J. Karalis_____
         ARIS J. KARALIS
         Attorneys for the Debtor

Dated: May 1, 2019